AO91 (Rev. 12/03) Criminal Complaint **FELONY** AUSA United States District Southern District of Texas

# UNITED STATES DISTRICT COURT

FILED
MAY -5 2019

Southern District Of Texas Brownsville Division

David J. Bradley, Clerk of Court

| | |
|---|---|
| **UNITED STATES OF AMERICA** vs. Tomas FLORES-Torres A077 300 121 Mexico | **CRIMINAL COMPLAINT** Case Number: B-19- **MJ-550** |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __May 03, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on May 03, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on July 13, 2005. The defendant was convicted of Possess Controlled Substance on June 26, 2000. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

The defendant had $1,470 Mexican pesos in his possession at the time of his arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Peterson, Clayton E.    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

May 05, 2019    at    Brownsville, Texas
Date                      City/State

Ronald G. Morgan    U.S. Magistrate Judge
Name of Judge          Title of Judge

Signature of Judge